UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **SEUBERT & ASSOCIATES, INC., et al.** | ) |
| | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-01880-MJH |
| | ) |
| **THE AMBASSADOR GROUP LLC, et al.** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER SCHEDULING THE PARTIES' FILING AND BRIEFING
OF DISPOSITIVE MOTIONS**

This order having been proposed to the Court by Plaintiffs Seubert & Associates, Inc. and Team Ten, LLC (together, "Plaintiffs"), and Defendants The Ambassador Group LLC and Brandon M. White (together, "Defendants"), the Court being otherwise duly and sufficiently advised,

IT IS ORDERED as follows:

1. The deadline for Plaintiffs and Defendants to file a dispositive motion, including a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, is August 31, 2022. A motion for summary judgment shall comply with the procedure set out at Rule 56 of the Local Rules of the United States District Court for the Western District of Pennsylvania.

2. The deadline for Plaintiffs and Defendants to file a response in opposition to a dispositive motion is September 30, 2022.

3. The deadline for Plaintiffs and Defendants to file a reply to a response in opposition to a dispositive motion is October 17, 2022.

4. A dispositive motion filed pursuant to this order shall stand submitted to the Court for a ruling on the briefs on October 17, 2022, unless the Court shall determine to hear oral argument of the dispositive motion.

By the Court:

_____
Marilyn J. Horan
United States District Court Judge