IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| SEUBERT & ASSOCIATES, INC. and TEAM TEN LLC, d/b/a AMERICAN EAGLE PAPERMILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE AMBASSADOR GROUP LLC, d/b/a AMBASSADOR CAPTIVE SOLUTIONS<br>And BRANDON WHITE<br><br>　　　　Defendants. | : Case No.: 2:20-cv-01880-MJH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**Plaintiff Seubert & Associates, Inc.'s Motion for Summary Judgment on Count III of Plaintiffs' Amended Complaint**

　　1.　　Plaintiff Seubert & Associates, Inc. ("Seubert") moves for summary judgment on Count III of Plaintiffs' Amended Complaint, pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56. Seubert incorporates by reference its Concise Statement of Material Facts and Memorandum in Support and the Appendix thereto. Counsel for all parties discussed the grounds for this Motion on August 29, 2022. Defense Counsel opposes the relief requested.

　　2.　　Plaintiff Seubert is an insurance brokerage located in Pittsburgh, PA. Plaintiff Team Ten LLC, d/b/a American Eagle Papermills ("AEP"), operates a paper mill in Tyrone, PA 16648. (Plaintiffs' Amended Complaint Paragraphs 1-2) (Appendix 1).

　　With Seubert as its broker, AEP hired Defendants Ambassador Group, LLC and Brandon White to obtain $13 million dollars in insurance coverage by creating a captive insurance program.

Plaintiffs aver that the Defendants breached their agreement to do so.

3. In the course of the parties' dealings, Seubert purchased insurance coverage for AEP to cover gaps in the insurance coverage that Defendants had agreed to provide but falsely represented that it had acquired. Count III of Plaintiffs' Complaint avers that the Defendants agreed to pay Seubert $300,000.00 to compensate for Seubert purchasing this insurance, and that the Defendants failed to pay this amount to Seubert. This is the essence of the parties' disputes.

Because there is no genuine dispute that the Defendants agreed to pay $300,000.00 to Seubert, the Motion for Summary Judgment on Count III of Plaintiffs' Amended Complaint should be granted.

A prepared order is attached.

                    Respectfully submitted,

                    **/s/ W. David Slomski**
                    PA Attorney No.:  32255
                    Law Offices of W. David Slomski, Esquire, RPLLC
                    210 Federal Street, Suite 200
                    Pittsburgh, PA 15212
                    (412)391-8443x105
                    dslomski@slomskilawpa.com
                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

**I hereby certify that a true and correct copy of the foregoing** Plaintiff, Seubert & Associates, Inc.'s Motion for Summary Judgment on Count III of Plaintiffs' Amended Complaint was served upon the following counsel by email, this 31st day of August, 2022 as follows:

**Brad S. Keeton**
**brad.keeton@skofirm.com**
**Culver V. Halliday**
**culver.halliday@skofirm.com**
**Kevin A. Imhof**
**kevin.imhof@skofirm.com**
**Stoll Keenon Ogden, PLLC**
**500 West Jefferson Street**
**Suite 2000**
**Louisville, KY 40202**
**Attorneys for Defendants, The Ambassador Group, LLC and Brandon M. White**

/s/ W. David Slomski
W. David Slomski, Esquire
Attorney for Plaintiffs, Seubert & Associates, Inc. and
Team Ten, LLC d/b/a American Eagle Papermill