IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF

PENNSYLVANIA

| | |
|---|---|
| SEUBERT & ASSOCIATES, INC. and TEAM TEN LLC, d/b/a AMERICAN EAGLE PAPERMILLS, | : Case No.: 2:20-cv-01880-MJH |
| Plaintiff, | : |
| v. | : |
| THE AMBASSADOR GROUP LLC, d/b/a AMBASSADOR CAPTIVE SOLUTIONS And BRANDON WHITE | : |
| Defendants. | : |

## ORDER OF COURT

AND NOW, to wit, this ___ day of September, 2022, it is ORDERED and DECREEED that Seubert's Motion for Summary Judgment on Count III of Plaintiffs' Amended Complaint is granted.

.

BY THE COURT:


_____J.
Marilyn J. Horan, Judge