IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| SEUBERT & ASSOCIATES, INC., A PENNSYLVANIA CORPORATION; AND TEAM TEN LLC d/b/a AMERICAN EAGLE PAPERMILLS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC, d/b/a AMBASSADOR CAPTIVE SOLUTIONS AND BRANDON WHITE;<br><br>Defendants, | 2:20-CV-01880-MJH |

ORDER

Following consideration of Seubert and Defendants' Motions for Summary Judgment (ECF No. 33 and 35), all briefing (ECF Nos. 36, 38, 40, 42, 44, and 45), Concise Statements of Material Facts and Responses (ECF Nos. 37, 39, 41, and 43), the relevant pleadings, and for the reasons stated in this Court's Opinion (ECF No. 46), it is hereby ordered as follows:

1. Defendants' Motion for Summary Judgment, as regards claims against Mr. White under Counts I and II, is granted. Judgment is entered in favor of Mr. White and against Plaintiffs as regards Count I and II.

2. Defendants' Motion for Summary Judgment, as regards Ambassador under Count I, is denied.

3. Defendants' Motion for Summary Judgment, as regards Ambassador under Count II, is denied.

4. Plaintiffs' and Defendants' respective Motion for Summary Judgment, as regards Count III, is denied.

5. Defendants' Motion for Summary Judgment, as regard Counts IV, V, and VI, is granted. Judgment is entered in favor of Defendants and against Plaintiffs as to Counts IV, V, and VI.

6. Defendants' Motion for Summary Judgment, as regards Count VII, is granted. Judgment is entered in favor of Defendants and against Plaintiffs as to Counts VII.

A separate order will issue scheduling a preliminary pre-trial conference.

**SO ORDERED** this 30th day of December 2022.

Marilyn J. Horan
United States District Judge