UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| SEUBERT & ASSOCIATES, INC., et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) CASE NO. 2:20-CV-01880-MJH |
| v. | ) |
| | ) |
| THE AMBASSADOR GROUP LLC, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Before the Court is the Motion of Brad S. Keeton to withdraw as counsel for Defendants The Ambassador Group and Brandon M. White. Having reviewed the Motion, and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is Granted, and Mr. Keeton is permitted to withdraw as counsel for Defendants. Culver Halliday and Kevin Imhof, both of the law firm Stoll Keenon Ogden PLLC, shall remain counsel of record for Defendants.

_____
Judge, United States District Court for the
Western District of Pennsylvania

124988.168433/8999442.1