UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| SEUBERT & ASSOCIATES, INC., et al. ) <br> ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE AMBASSADOR GROUP LLC, et al. ) <br> ) <br> ) <br> Defendants. ) | CASE NO. 2:20-CV-01880-MJH |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ACTION, COMPLAINT AND ALL CLAIMS ALLEGED THEREIN**

All the parties to the action, Plaintiffs Seubert & Associates, Inc. and Team Ten, LLC (together, "Plaintiffs"), and Defendants The Ambassador Group LLC and Brandon M. White (together, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, give notice that they stipulate to the dismissal with prejudice of the action, Plaintiffs' complaint and first amended complaint filed in the action (together, "Complaint"), and all claims alleged in the Complaint, with each of Plaintiffs and Defendants to bear their own costs, including attorneys' fees.

It is so ordered this 27th Day of March 2023.

_Marilyn J. Horan_
Marilyn J. Horan